UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.    Case No. 21-CR-93

LAGENE C. MCGHEE,

    Defendant.

---

## PRELIMINARY ORDER OF FORFEITURE

---

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the addendum to his plea agreement, and in consideration of the guilty plea to Count One of the Indictment, the defendant agreed to the forfeiture of all properties described in the forfeiture notice of the Indictment.

IT IS HEREBY ORDERED that all right, title and interest in the approximately $4,594 in United States currency associated with Lagene C. McGhee, is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

IT IS FURTHER ORDERED that the above listed item shall be seized forthwith by the Drug Enforcement Administration, the United States Marshals Service, or its duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this 13th day of July, 2021.

s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge