
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-93 |
| Plaintiff, | |
| v. | NOTICE OF APPEAL |
| LAGENE C. MCGHEE, | |
| Defendant. | |

Defendant LaGene C. McGhee hereby appeals the Court's December 29, 2023, order denying motion for sentence reduction, Dkt. 30, to the U.S. Court of Appeals for the Seventh Circuit.

Dated: January 8, 2024

LaGene C. McGhee

LaGene C. McGhee
43390-509 Unit F
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072