# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

June 3, 2024

To:  Gina M. Colletti
UNITED STATES DISTRICT COURT
Eastern District of Wisconsin
125 S. Jefferson Street
Green Bay, WI 54301-4541

| | |
|---|---|
| No. 24-1065 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellee <br><br> v. <br><br> LAGENE C. MCGHEE, <br> Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:21-cr-00093-WCG-1 <br> Eastern District of Wisconsin <br> District Judge William C. Griesbach | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                          No record to be returned

This notice sent to:
[X]  United States Probation Officer

form name: **c7_Mandate**   (form ID: **135**)